IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA M. GRANGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, Commissioner, | : | |
| Social Security Administratio; SOCIAL | : | |
| SECURITY ADMINISTRATION | : | NO. 11-3928 |

ORDER

AND NOW, this 20th day of April, 2012, upon consideration of plaintiff's request for review, defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no timely objections have been filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The request of plaintiff for reversal is DENIED.

3. Judgment is entered in favor of the Commissioner.

/s/ Norma L. Shapiro
J.